UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

                                       Case No.  00-75004

vs.

                                       HON.  GEORGE CARAM STEEH

ERNESTINE WASHINGTON,

           Defendant.

_____/

<u>ORDER REGARDING OBJECTION TO GARNISHMENT [DOC. 19]</u>

This matter has come before the court on defendant Ernestine Washington's objection to wage garnishment.  The underlying action was a collection action for a federally-guaranteed student loan obligation.  On January 25, 2001, the Court entered a default judgment against Ms. Washington in the amount of $3,447.88, plus post-judgment interest at a rate of 5%.  On September 13, 2013, plaintiff issued a Writ of Continuing Garnishment against Ms. Washington and her employer G4S Secure Solutions.  G4S filed an answer of the garnishee on October 3, 2013, and has withheld 25% of defendant's disposable earnings to apply toward the balance of the judgment.

On December 5, 2013, Ms. Washington filed an objection to the garnishment. Ms. Washington's primary argument is that the amount garnished from her wages is overly burdensome.  The parties appeared before the court on February 12, 2014.  An agreement between the parties was reached on the record whereby Ms. Washington agrees to pay $120 per month toward the judgment, commencing on March 14, 2014, pursuant to directions which will be provided to her by plaintiff's counsel, Craig

Schoenherr.  If Ms. Washington fails to make a payment of $120 by the 14th day of each month until the judgment is extinguished, plaintiff will re-issue a continuing garnishment for 25% of Ms. Washington's disposable earnings.

Ms. Washington was directed to contact her employer to make sure that the previously garnished funds are forwarded to plaintiff to be applied against her judgment.

It is so ordered.

Dated:  February 12, 2014

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 12, 2014, by electronic and/or ordinary mail and also on Ernestine Washington, 221120 Avon, Oak Park, MI 48237.

s/Barbara Radke
Deputy Clerk

---